**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**CESAR AUJUSTO VALASQUEZ,**

        Petitioner(s),         **CASE NUMBER: 05-73281
HONORABLE VICTORIA A. ROBERTS**

v.

**BLAINE LAFLER,**

        Respondent(s).
                                        /

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On November 7, 2008, Magistrate Judge Paul J. Komives submitted a Report and Recommendation (Doc. #41) recommending that the Court DENY Petitioner's "Application for Certificate of Appealability." (Doc. #36). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation.

Petitioner's application is **DENIED**.

**IT IS ORDERED**.

                                          s/Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated: December 1, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record and Cesar Aujusto Valasquez by electronic means or U.S. Mail on December 1, 2008.

s/Linda Vertriest
Deputy Clerk